**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00007-CR
## No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

On February 20, 2014, we ordered the Dallas County District Clerk to file the clerk's records in these appeals within forty-five days. When the records were not filed by May 1, 2014, the Court ordered the Dallas County District Clerk to file the clerk's records within fifteen days. To date, we still have not received the clerk's records.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file the clerk's records in these appeals within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/  LANA MYERS
    JUSTICE